PROB 12C
(7/93)

Report Date: April 15, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Ernesto Cipriano    Case Number: 0980 2:13CR02092-LRS-7

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

Original Offense:    Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b)

Original Sentence:   Prison - 12 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Alison L. Gregoire            Date Supervision Commenced: October 17, 2014

Defense Attorney:     Federal Defenders             Date Supervision Expires: October 16, 2017

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition of supervision:

Violation Number      Nature of Noncompliance

1                     **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                      **Supporting Evidence**: On April 12, 2016, in Toppenish, Washington, a Washington State Department of Corrections (DOC) officer collected a random urine sample from Mr. Cipriano which on-site tested positive for methamphetamine.

                      On April 14, 2016, Mr. Cipriano's DOC officer contacted United States Probation Officer Jose Zepeda and informed him of the violation. Mr. Cipriano admitted to the use of methamphetamine to the DOC officer and signed a drug use admission form. Mr. Cipriano was arrested by DOC and given a 3-day jail sanction. He was released from custody on April 15, 2016.

Prob12C
Re: Cipriano, Ernesto
April 15, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 15, 2016

s/Jonathan G. Barcom

Jonathan G. Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/18/16
Date