PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

Report Date: July 12, 2016



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernesto Cipriano              Case Number: 0980 2:13CR02092-LRS-7

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

| | | |
|---|---|---|
| Original Offense: | Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) | |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 17, 2014 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: October 16, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On June 30, 2016, Mr. Cipriano provided a urinalysis test which yielded a positive result for methamphetamine.

On June 30, 2016, Mr. Cipriano reported to the Washington State Department of Corrections (DOC) office in Toppenish, Washington. A urinalysis sample was collected by an officer and onsite tested positive for methamphetamine. Mr. Cipriano was arrested by DOC officers and transported to the Yakima County Jail. Mr. Cipriano is scheduled for a DOC hearing on July 21, 2016, where he will be given credit for time served and released.

On July 12, 2016, this officer met with Mr. Cipriano at the Yakima County Jail to discuss his non-compliance. During our conversation Mr. Cipriano admitted to using methamphetamine on or about June 30, 2016. Mr. Cipriano signed a drug use admission form.

Prob12C
**Re: Cipriano, Ernesto**
**July 11, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 12, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/12/16
Date