PROB 12C
(6/16)

Report Date: November 29, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 29 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Ernesto Cipriano | Case Number: 0980 2:13CR02092-LRS-7 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Toppenish, Washington 98948 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: April 10, 2014 | |
| Original Offense: Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) | |
| Original Sentence: Prison - 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: October 17, 2014 |
| Defense Attorney: Rick Lee Hoffman | Date Supervision Expires: October 16, 2017 |

## PETITIONING THE COURT

To issue a Warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/15/2016 and 07/12/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 15, 2016, Mr. Cipriano provided a urinalysis sample to the Washington State Department of Corrections (DOC) which yielded a presumptive positive result for methamphetamine. |
| | On November 15, 2016, Mr. Cipriano reported to his state Community Correction Officer and provided a urinalysis sample which yielded a presumptive positive result for methamphetamine. He admitted to using the substance on approximately November 13, 2106. The offender was subsequently arrested by his DOC officer. |
| | On November 15, 2016, this officer made contact with Mr. Cipriano at the Toppenish city jail to ask him about the violation. Mr. Cipriano admitted to the use and signed a drug use admission form. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Jonathan Barcom

November 29, 2016

Jonathan Barcom
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/29/16
Date