Report Date: October 11, 2017

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**OCT 11 2017**

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernesto Cipriano          Case Number: 0980 2:13CR02092-LRS-7

Address of Offender:                    Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

Original Offense:     Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b)

Original Sentence:    Prison - 12 months; TSR - 36      Type of Supervision: Supervised Release
                      months

Asst. U.S. Attorney:  Thomas J. Hanlon        Date Supervision Commenced: October 17, 2014

Defense Attorney:     TBD                     Date Supervision Expires: October 16, 2017

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more then six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about October 3, 2017, Mr. Cipriano consumed methamphetamine.

On October 3, 2017, Mr. Cipriano provided a urinalysis (UA) sample to his Washington State Department of Corrections (DOC) community correction's officer. That sample yielded a presumptive positive result. Mr. Cipriano admitted to that officer he had consumed methamphetamine. Mr. Cipriano was arrested by DOC and is currently in custody awaiting a hearing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 11, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

10/11/17

Date