PROB 12C
(6/16)

Report Date: January 11, 2018

# United States District Court

for the

Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 12 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON**

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Ernesto Cipriano | Case Number: | 0980 2:13CR02092-LRS-7 |
| Address of Offender: | ▓▓▓▓▓▓▓▓ Toppenish, Washington 98948 | | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) | | |
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: November 14, 2017 | Prison - 27 days; TSR - 24 months | | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | November 14, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: | November 13, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about January 3, 2018 Mr. Cipriano consumed methamphetamine.<br><br>Mr. Cipriano's conditions were reviewed with him on December 6, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.<br><br>On January 3, 2017, the undersigned officer received a telephone call from Mr. Cipriano's Washington State Department of Corrections (DOC) Community Corrections Officer (CCO) who indicated Mr. Cipriano had provided a presumptive positive urinalysis (UA) sample. |

Prob12C
Re: Cipriano, Ernesto
January 11, 2018
Page 2

Mr. Cipriano subsequently admitted to consuming methamphetamine and was arrested and transported to the Wapato City jail in Wapato, Washington. According to DOC, Mr. Cipriano will be serving a 20 day jail sanction for the probation violation.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 11, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/12/18
Date