PROB 12C
(6/16)

Report Date: April 13, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 16 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernesto Cipriano             Case Number: 0980 2:13CR02092-LRS-7

Address of Offender:                Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

Original Offense:       Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b)

Original Sentence:      Prison - 12 months;          Type of Supervision: Supervised Release
                        TSR - 36 months

Revocation
Sentence:               Prison - 27 days;
November 14, 2017       TSR - 24 months

Asst. U.S. Attorney:    Thomas J. Hanlon            Date Supervision Commenced: November 14, 2017

Defense Attorney:       Jeffrey S. Dahlberg         Date Supervision Expires: November 13, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/11/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about April 6, 2018, Mr. Cipriano consumed methamphetamine.<br><br>Mr. Cipriano's conditions were reviewed with him on December 6, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 3, as noted above.<br><br>On April 12, 2018, Mr. Cipriano reported to the United States Probation Office. He provided a urinalysis sample which yielded a presumptive positive result for methamphetamine. |

Prob12C
Re: Cipriano, Ernesto
April 13, 2018
Page 2

Mr. Cipriano admitted to consuming methamphetamine on or about April 6, 2018, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/11/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 13, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

4/16/18
Date