# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 12, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ernesto Cipriano | Case Number: 0980 2:13CR02092-LRS-7 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: April 10, 2014 | Date of Revocation Sentence: November 14, 2017 |
| Original Offense: Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) | |
| Original Sentence: Prison - 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: Prison - 27 days; TSR - 24 months | |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: November 14, 2017 |
| Defense Attorney: Jeffrey S. Dahlberg | Date Supervision Expires: November 13, 2019 |

**PETITIONING THE COURT**

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/11/2018 and 04/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about May 14, 2018, Mr. Cipriano consumed methamphetamine.<br><br>Mr. Cipriano's conditions were reviewed with him on December 6, 2017. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.<br><br>On May 16, 2018, Mr. Cipriano reported to the United States Probation Office. He provided a urine sample which yielded a presumptive positive result for methamphetamine. Mr. Cipriano admitted to consuming methamphetamine on or about May 14, 2018, and signed a drug use admission form. |

Prob12C
Re: Cipriano, Ernesto
June 12, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/11/2018 and 04/13/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

06/13/2018

Date