PROB 12C
(6/16)

Report Date: September 7, 2018


# United States District Court

## for the

## Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernesto Cipriano          Case Number: 0980 2:13CR02092-LRS-7

Address of Offender:          Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

Original Offense:  Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b)

Original Sentence:  Prison - 12 months;          Type of Supervision: Supervised Release
                    TSR - 36 months

Revocation          Prison - 27 days;
Sentence:           TSR - 24 months
11/14/2017

Asst. U.S. Attorney:  Thomas J. Hanlon          Date Supervision Commenced: November 14, 2017

Defense Attorney:  Jeffrey S. Dahlberg          Date Supervision Expires: November 13, 2019

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/11/2018; 04/13/2018; 06/12/2018; and 07/12/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

5          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**:  On or about July 22, 2018, Mr. Cipriano consumed methamphetamine.

          Mr. Cipriano's conditions were reviewed with him on December 6, 2017. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.

          On July 25, 2018, Mr. Cipriano reported to the United States Probation Office. Mr. Cipriano admitted to consuming methamphetamine on or about July 22, 2018, and signed a drug use admission form.

Mr. Cipriano stated he provided a urine sample at Merit Resource Services (Merit) on July 24, 2018, which yielded a presumptive positive result for methamphetamine. Mr. Cipriano stated he wished to admit using methamphetamine to the undersigned prior to the undersigned being informed by Merit staff.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 7, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/10/18
Date