PROB 12C
(6/16)

Report Date:  September 13, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ernesto Cipriano | Case Number: 0980 2:13CR02092-LRS-7 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) | | |
| Original Sentence: | Prison - 12 months;<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>11/14/2017 | Prison - 27 days;<br>TSR - 24 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 14, 2017 | |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: November 13, 2019 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/11/2018, 04/13/2018, 06/12/2018, 07/12/2018 and 09/07/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  On or about September 11, 2018, Mr. Cipriano consumed methamphetamine.<br><br>Mr. Cipriano's conditions were reviewed with him on December 6, 2017.  He signed his conditions acknowledging an understanding of his conditions, which includes special condition  number 3, as noted above.<br><br>On September 13, 2018, Mr. Cipriano reported to the United States Probation Office after a revocation hearing for supervised release violations.  A urinalysis sample was collected |

which yielded a presumptive positive result for methamphetamine. Mr. Cipriano admitted to consuming methamphetamine on or about September 11, 2018, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

9/13/2018

Date